UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 1148
SCRANTON, PA   18501

6/14/11

Matthew D. Huffman
55 Crooked Drive
Enola, PA 17025

RE:   1:11-CV-1128   Huffman v. Classic Communities Corporation
Honorable John E. Jones, III

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

Very truly yours,

MARY E. D'ANDREA, CLERK

By: dh
    Deputy Clerk

[ ] Petition for Writ of Habeas Corpus        [ X ] Complaint

[ ] Transfer From Other District              [ ] Other